DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **AKEEM R. GUMBS,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 3:19-cv-0043 |
| **EVERARD E. POTTER,** | ) |
| **Defendant.** | ) |

### ORDER

**BEFORE THE COURT** are the motions of Akeem R. Gumbs ("Gumbs") for extension of time for filing the fee in this matter, filed on August 3, 2020 (ECF No. 18), and August 11, 2020 (ECF No. 21). After careful consideration and review, the Court will grant the motions. Accordingly, it is hereby

**ORDERED** that Gumbs' motions for extension of filing fee, ECF No. 18 and ECF No. 21, are **GRANTED;** it is further

**ORDERED** that Gumbs shall pay the $400 filing fee on or before October 29, 2020; it is further

**ORDERED** that the Clerk of Court shall send a copy of this Order to Mr. Akeem R. Gumbs by certified mail and file proof of same on the docket; it is further

**ORDERED** that failure to comply with this Order will result in the dismissal of this case.

**Dated:** October 15, 2020                             s/ *Robert A. Molloy*
                                                              **ROBERT A. MOLLOY**
                                                              **District Judge**